**2004–0287.   Young v. Tambi.**
In Habeas Corpus. On petition for writ of habeas corpus of Victor S. Young. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2004–0314.   Holt v. Warden, Franklin Cty. Pre–Release Ctr.**
In Habeas Corpus. On petition for writ of habeas corpus of Rev. Jerome Blair Freeman. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**1989–0846.   State v. Lott.**
Cuyahoga App. No. 54537. On motion to set execution date. Motion granted.

**2001–1325.   State ex rel. Shemo v. Mayfield Hts.**
In Mandamus. On motion for clarification or, in the alternative, for relief pursuant to Civ.R. 60(B). Motion denied.

RESNICK and PFEIFER, JJ., dissent.

**2002–2130.   State v. McKnight.**
Vinton C.P. No. 01CR7230. On motion to participate in and/or be present at oral argument. Motion denied.

LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

On second motion to strike appellant's merit brief. Motion denied.

**2003–0568.   Verizon N., Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 00–127–TP–COI. On amicus curiae motion for leave to file under S.Ct.Prac.R. XI. Motion granted.

RESNICK and O'DONNELL, JJ., not participating.

**2003–1447.   Layne v. Progressive Preferred Ins. Co.**
Stark App. Nos. 2002CA00327 and 2002CA00335, 2003-Ohio-3575. On motion to dismiss appeal as moot. Motion denied.

LUNDBERG STRATTON, J., dissents.

On motion for admission pro hac vice of Kevin K. Green and Frank J. Janecek Jr. by Steven P. Okey. Motion granted.

**2003–1717.   State v. Class.**
Tuscarawas App. No. 03AP020015, 2003-Ohio-4536. On motion for declaratory judgment. Motion denied.

**2003–2193.   Gilbert v. Summit Cty.**
Summit App. No. 21521, 2003-Ohio-6012. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed December 11, 2003:

"Whether a civil litigant may obtain relevant materials from the opposing party via R.C. 149.43, rather than *** civil discovery, during the pendency of their case?"

F.E. SWEENEY, J., dissents.

RESNICK, J., not participating.

The conflict case is *State ex rel. Perrysburg Twp. v. Rossford,* 148 Ohio App.3d 72, 2002-Ohio-387, 772 N.E.2d 152.

Sua sponte, cause consolidated with 2003–2198, *Gilbert v. Summit Cty.,* Summit App. No. 21521, 2003-Ohio-6012.